```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAVID CLARK COMPANY, INC.,

                          Plaintiff,                    23-CV-1233 (ALC) (KHP)

     -against-                         **ORDER SCHEDULING SETTLEMENT**
                                                        **CONFERENCE**

ROANWELL LLC,

                          Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The settlement conference in this matter currently scheduled for Monday, September 18, 2023 at 10:00 a.m. is hereby rescheduled to **Thursday, October 26, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **October 19, 2023 by 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
                July 31, 2023

                                            */s/ Katharine H. Parker*
                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge