MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/7/2024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID CLARK COMPANY INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>ROANWELL LLC,<br><br>Defendant. | CIVIL ACTION NO. 1:23-CV-01233 |

## AGREEMENT FOR JUDGMENT

Plaintiff David Clark Company Incorporated and defendant Roanwell LLC, hereby agree that the Court should enter the following final judgment in the above-captioned action:

1.  Defendant Roanwell LLC is hereby permanently enjoined worldwide from the manufacture, importation, promotion, marketing, offer for sale, or sale of any communication headset with headset domes that include the color of the David Clark headset at issue in this action (two photographs of which are reproduced below) or any color that is confusingly similar to the color of the headset domes of the David Clark headset:




Page 1

2.      This judgment will be binding on Roanwell LLC as well as all of its successors, assigns, parents, subsidiaries, divisions and affiliated companies and/or partnerships, directors, officers, shareholders, employees, agents, representatives, and attorneys.

Respectfully submitted,

DAVID CLARK COMPANY INCORPORATED

By its attorneys,

| /s/ Theodore Hawkins | /s/ William Hilton |
|---|---|
| OLSHAN FROME WOLOSKY LLP<br>Theodore J. Hawkins<br>1325 Avenue of the Americas<br>New York, New York 10019<br>(212) 451-2300 | GESMER UPDEGROVE LLP<br>William E. Hilton - Admitted Pro Hac Vice<br>william.hilton@gesmer.com<br>Michael D. Brier - Admitted Pro Hac Vice<br>michael.brier@gesmer.com<br>40 Broad Street<br>Boston, MA 02109<br>(617) 350-6800 |

ROANWELL, LLC

| /s/ Neal Cohen | /s/ David G. Hanson |
|---|---|
| Neal W. Cohen<br>ncohen@halperinlaw.net<br>Halperin Battaglia Benzija, LLP<br>40 Wall Street, 37th Floor<br>New York, NY 10005<br>Telephone:   212-765-9100 | David G. Hanson (*Pro Hac Vice*)<br>WI State Bar ID No. 1019486<br>dhanson@reinhartlaw.com<br>Elizabeth Elving (*Pro Hac Vice*)<br>WI State Bar ID No. 1115903<br>eelving@reinhartlaw.com<br>Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202<br>Telephone:   414-298-1000<br>Facsimile:   414-298-8097 |

Feb. 12, 2024

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Page  2

Dated: March 7, 2024